DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN WARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 2:10-cr-374 KJM |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | JURY TRIAL AND SET A CHANGE OF |
| ) | PLEA |
| BRYAN WARD, ) | |
| Defendant. ) | Date:  November 4, 2010 |
| _____ ) | Time:  10:00 am. |
| | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, Bryan Ward, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for October 21, 2010, 10:00 am and the jury trial set for November 8, 2010 be vacated and a change of plea hearing be set for November 4, 10:00am.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of

1  this order until November 4, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
2  [Local Code T4].  This exclusion of time will allow the parties to
3  finalize the plea agreement.
4
5
6  DATED: October 20, 2010                Respectfully submitted,
                                          DANIEL J. BRODERICK
                                          Federal Defender
7
8                                         /s/ Linda Harter
                                          LINDA HARTER
9                                         Assistant Federal Defender
                                          Attorney for Defendant
10                                        Cecelia Gomez
11
12 DATED: October 20, 2010                BENJAMIN B. WAGNER
                                          United States Attorney
13
14                                        /s/ Todd Leras for:
                                          MATTHEW C. STEGMAN
15                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
16
17                           **O R D E R**
18      **IT IS SO ORDERED.**
19 DATED:   October 20, 2010.
20
21
22                                        _____
                                          U.S. MAGISTRATE JUDGE
23
24
25
26
27
28
   Stipulation and Order
                                    -2-