1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRIAN WARD

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  No. 10-CR-00374-DAD
                                 )
12            Plaintiff,         )  STIPULATION AND ORDER TO CONTINUE
                                 )  SENTENCING AND SET DISCLOSURE
13       v.                      )  SCHEDULE
                                 )
14 BRIAN WARD,                   )
                                 )  Date:  March 29, 2011
15            Defendant.         )  Time:  10:00 a.m.
                                 )  Judge: Hon. Dale A. Drozd
16 _____)

17      It is hereby stipulated and agreed to between the United States of
18 America through Matthew C. Stegman, Assistant U.S. Attorney, and
19 defendant, BRIAN WARD, by and through his counsel, Linda C. Harter,
20 Chief Assistant Federal Defender, that the following schedule for
21 sentencing and disclosure be adopted:

|                                  | **OLD DATE** | **NEW DATE** |
|----------------------------------|--------------|--------------|
| Proposed PSR due                 | 12/09/10     | 02/22/11     |
| Counsel's written objections due | 12/23/10     | 03/01/11     |
| PSR filed with court             | 12/30/10     | 03/08/11     |
| Motion for correction due        | 01/06/11     | 03/15/11     |
| Reply/statement non-opposition   | 01/13/11     | 03/22/11     |
| Judgment/Sentencing              | 01/20/11     | 03/29/11     |

| | |
|---|---|
| 1  DATED:   January 20, 2011 | Respectfully submitted, |
| 2 | DANIEL J. BRODERICK |
| 3 | Federal Defender |
| 4 | /s/ Linda C. Harter |
|   | LINDA C. HARTER |
| 5 | Chief Assistant Federal Defender |
|   | Attorney for Defendant |
| 6 | BRIAN WARD |
| 8  DATED: January 20, 2011 | BENJAMIN B. WAGNER |
| 9 | United States Attorney |
| 10 | /s/ Matthew C. Stegman |
|    | MATTHEW C. STEGMAN |
| 11 | Assistant U.S. Attorney |
|    | Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 20, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
ward0374.stipord.wpd

Stipulation/Order/Phuong Barnes